

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| AMERICAN SURETY CO. | | No. 08-15-00260-CV |
| (AGENT ANTONIO MUNOZ, JR., | § | |
| D/B/A BORDERLAND BAIL BONDS), | | Appeal from |
| | § | |
| Appellant, | | 243rd District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| THE STATE OF TEXAS, | | (TC # 2015DBF0007) |
| | § | |
| Appellee. | | |

**J U D G M E N T**

The Court has considered this cause on the joint motion to vacate the trial court's final order on judgment nisi and render judgment in accordance with the terms of the settlement agreement and concludes the motion should be granted, in accordance with the opinion of this Court. We therefore render judgment against Appellant, American Surety Co. (Agent Antonio Munoz, Jr., d/b/a Borderland Bail Bonds) in the total amount of $522.79, which includes court costs in the amount of $365.00, interest on the bond in the amount of $35.07, attorney's fees in the amount of $114.38, and staff time in the amount of $8.34. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.